Certificate Number: 05781-PAE-DE-028666195

Bankruptcy Case Number: 16-18887



05781-PAE-DE-028666195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2017, at 5:48 o'clock PM PST, Kathleen Jensen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 24, 2017         By: /s/Allison M Geving

Name: Allison M Geving

Title: President